IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JEROME JACKSON | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-05-365 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL SECURITY | § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on August 15, 2006, to which Plaintiff has filed his objections in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be, and it is hereby, **ACCEPTED** in its entirety and incorporated by reference herein. Accordingly, the Defendant's Motion for Summary Judgment (Instrument No. 12) is **GRANTED**; the Plaintiff's Motion for Summary Judgment (Instrument No. 10) is **DENIED**; and the above-styled action is **DISMISSED**.

**DONE** at Galveston, Texas this 8th day of September, 2006.

Samuel B. Kent
United States District Judge